# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TACOS Y TORTAS CHALIO, LLC, et al.,<br><br>　　　　　Defendants. | Case No. 1:23-cv-01388-SAB<br><br>ORDER GRANTING REQUEST TO CONTINUE MANDATORY SCHEDULING CONFERENCE AND CONTINUING CONFERENCE UNTIL JANUARY 25, 2024, AT 1:30 P.M.<br><br>(ECF Nos. 3, 7) |

　　　　An initial scheduling conference is currently set in this matter for January 4, 2023.  (ECF No. 3.)  On December 19, 2023, Plaintiff filed a request to continue the scheduling conference to allow time for Defendants to file responsive pleadings.  (ECF No. 7.)  The Court finds good cause to grant the request.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Scheduling Conference set for January 4, 2023, is continued to January 25, 2024, at 1:30 p.m.; and

2. The parties shall file a joint scheduling report seven (7) days prior to the scheduling conference.

IT IS SO ORDERED.

Dated: **December 19, 2023**

UNITED STATES MAGISTRATE JUDGE